# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

KAYLA DENICE JOHNSON                                    PLAINTIFF

v.                          No. 4:25-cv-6-DPM

TRANS UNION, LLC                                        DEFENDANT

## JUDGMENT

Johnson's complaint is dismissed with prejudice.   The Court retains jurisdiction until 9 June 2025 to enforce the parties' settlement.


_____
D.P. Marshall Jr.
United States District Judge

10 April 2025